UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON PARTNERS, LLC, <br><br>                       Plaintiff, <br><br>v. <br><br>FILMHEDGE, LLC; SOUTHBOX CAPITAL, LLC; and SOUTHBOX ENTERTAINMENT, LLC, <br><br>                    Defendants. | Case No.: 3:25-cv-00680-WQH-JLB <br><br>**ORDER** |

HAYES, Judge:

On April 10, 2026, Plaintiff Allison Partners, LLC ("Plaintiff") filed Proof of Service forms regarding service of process on Defendants FilmHedge, LLC; Southbox Capital, LLC; and Southbox Entertainment, LLC. (ECF No. 15.)

On June 11, 2026, Plaintiff's counsel filed Affidavits stating that each of the Defendants "has failed to serve an answer or other responsive pleading" and requesting that the Clerk of the Court enter default against Defendants. (ECF Nos. 16–18.)

In light of the foregoing filings, IT IS HEREBY ORDERED that the Clerk of the Court shall enter default against Defendants FilmHedge, LLC; Southbox Capital, LLC; and Southbox Entertainment, LLC.

Dated:  June 25, 2026

Hon. William Q. Hayes
United States District Court

3:25-cv-00680-WQH-JLB