DAVID P. STRAUSS (SBN 96874)
ds@dstrausslaw.com
**THE LAW OFFICE OF DAVID P. STRAUSS**
501 West Broadway, Ste. 800
San Diego, CA 92101
Telephone: 619-237-5300
Facsimile: 619-237-5311

Attorneys for Plaintiff
ALLISON PARTNERS, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allison Partners, LLC | Case No.: 3:25-cv-00680-WQH-JLB |
| Plaintiff, | |
| v. | **PLAINTIFF ALLISON PARTNERS, LLC'S REQUEST FOR JUDICIAL NOTICE** |
| Gosier Holdings, LLC, FilmHedge, LLC, Southbox Capital, LLC, and Southbox Entertainment, LLC | |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Plaintiff Allison Partners, LLC respectfully submits this Request for Judicial Notice in support of its Renewed Motion for Default Judgment. The official records maintained by the Delaware Division of Corporations attached hereto establish (1) that Delaware Corporate Number 6334225 is assigned to Southbox Capital, LLC, and (2) that Harvard Business Services, Inc. was the registered agent for each Defaulting Defendant at the time service of process was effected. These records are relevant to issues presented in the Renewed Motion, including the relationship between the name 'Gosier Holdings, LLC' and Southbox Capital, LLC, and Plaintiff's compliance with Delaware's service-of-process statute.

Pursuant to Federal Rule of Evidence 201, Plaintiff respectfully requests that the Court take judicial notice of the following official public records maintained by the Delaware Division of Corporations:

- Exhibit 1. Official Delaware Division of Corporations record for Southbox Capital, LLC, reflecting Delaware Corporate Number 6334225 and identifying Harvard Business Services, Inc. as its registered agent.

- Exhibit 2. Official Delaware Division of Corporations record for FilmHedge, LLC, identifying Harvard Business Services, Inc. as its registered agent.

- Exhibit 3. Official Delaware Division of Corporations record for Southbox Entertainment, LLC, identifying Harvard Business Services, Inc. as its registered agent.

- 1 -

PLAINTIFF ALLISON PARTNERS LLC'S REQUEST FOR JUDICIAL NOTICE

These records are official public records maintained by the Delaware Division of Corporations. Their accuracy cannot reasonably be questioned and they are proper subjects of judicial notice under Federal Rule of Evidence 201(b). See Daniels-Hall v. Nat'l Educ. Ass'n, 629 F.3d 992, 998-99 (9th Cir. 2010) (holding that courts may take judicial notice of information made publicly available by government entities whose accuracy cannot reasonably be questioned).

Plaintiff requests judicial notice only of the existence and contents of these official public records and of the facts reflected therein that are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned.

WHEREFORE, Plaintiff respectfully requests that the Court take judicial notice of Exhibits 1 through 3.

Respectfully Submitted,

Dated:  July 24, 2026          **THE LAW OFFICE OF DAVID P. STRAUSS**

By: _DavidStrauss_____
DAVID P. STRAUSS
Attorneys for Plaintiff,
ALLISON PARTNERS, LLC

PLAINTIFF ALLISON PARTNERS LLC'S REQUEST FOR JUDICIAL NOTICE

# EXHIBIT 1



**Department of State: Division of Corporations**

Allowable Characters

**HOME**

|  | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 6334225 | Incorporation Date / Formation Date: | 3/3/2017 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | SOUTHBOX CAPITAL, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | HARVARD BUSINESS SERVICES, INC. | | |
|---|---|---|---|
| Address: | 16192 COASTAL HWY | | |
| City: | LEWES | County: | Sussex |
| State: | DE | Postal Code: | 19958 |
| Phone: | 302-645-7400 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ◯ Status  ◯ Status,Tax & History Information

Submit

# EXHIBIT 2



State of Delaware
The Official Website of the First State

**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3789089 | Incorporation Date / Formation Date: | 10/1/2020 (mm/dd/yyyy) |
| Entity Name: | FILMHEDGE LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | HARVARD BUSINESS SERVICES, INC. | | |
| Address: | 16192 COASTAL HWY | | |
| City: | LEWES | County: | Sussex |
| State: | DE | Postal Code: | 19958 |
| Phone: | 302-645-7400 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status   ○ Status,Tax & History Information

[Submit]

# EXHIBIT 3



Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

|  |
|---|
| Entity Details |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 4275743 | Incorporation Date / Formation Date: | 11/30/2020 (mm/dd/yyyy) |
| Entity Name: | SOUTHBOX ENTERTAINMENT LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | HARVARD BUSINESS SERVICES, INC. | | |
| Address: | 16192 COASTAL HWY | | |
| City: | LEWES | County: | Sussex |
| State: | DE | Postal Code: | 19958 |
| Phone: | 302-645-7400 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information