Ethan T. Boyer, Esq. (SBN 173959)
eboyer@noonanlance.com
Genevieve M. Sauter, Esq. (SBN 285722)
gsauter@noonanlance.com
NOONAN LANCE & BOYER LLP
701 Island Avenue, Suite 400
San Diego, California 92101
Telephone: (619) 780-0880
Facsimile: (619) 780-0877

Attorneys for Defendants FILMHEDGE, LLC,
SOUTHBOX CAPITAL, LLC, AND
SOUTHBOX ENTERTAINMENT, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

Allison Partners, LLC,

Plaintiff,

v.

Gosier Holdings, LLC, FilmHedge, LLC, Southbox Capital, LLC and Southbox Entertainment, LLC,

Defendants.

Case No.: 3:25-cv-00680-WQH-JLB

**DECLARATION OF ETHAN T. BOYER IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**

Action Date: March 24, 2025

I, Ethan T. Boyer, declare as follows:

1. I am an attorney duly admitted to practice before all the Courts in the State of California. I am a Partner with NOONAN LANCE & BOYER LLP, attorneys of record for Defendants FILMHEDGE, LLC, SOUTHBOX CAPITAL, LLC, AND SOUTHBOX ENTERTAINMENT, LLC. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is an answer prepared for Defendants that we intend to file if the default against them is set aside.

/ / /

/ / /

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 14, 2026, at San Diego, California.

*/s/ Ethan T. Boyer*
Ethan T. Boyer