# INDEX OF EXHIBITS

| Exhibit No. | Description | Page(s) |
| --- | --- | --- |
| 1 | FilmHedge, LLC, Southbox Capital, LLC and Southbox Entertainment, LLC's Answer to Complaint | 4-10 |