Ethan T. Boyer, Esq. (SBN 173959)
eboyer@noonanlance.com
Genevieve M. Sauter, Esq. (SBN 285722)
gsauter@noonanlance.com
NOONAN LANCE & BOYER LLP
701 Island Avenue, Suite 400
San Diego, California 92101
Telephone: (619) 780-0880
Facsimile: (619) 780-0877

Attorneys for Defendants FILMHEDGE, LLC,
SOUTHBOX CAPITAL, LLC, AND
SOUTHBOX ENTERTAINMENT, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

Allison Partners, LLC,

Plaintiff,

v.

Gosier Holdings, LLC, FilmHedge, LLC, Southbox Capital, LLC and Southbox Entertainment, LLC,

Defendants.

Case No.: 3:25-cv-00680-WQH-JLB

**DECLARATION OF JONATHAN GOSIER IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**

Action Date: March 24, 2025

I, Jonathan Gosier, declare as follows:

1. I am OVER 18 YEARS OF AGE AND AM A RESIDENT OF Atlanta, Georgia. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2. I am the founding member of Gosier Holdings, LLC, which is now named Southbox Capital, LLC and is a defendant in this case. I am now and have always been the managing member of this LLC. Southbox Capital is a Delaware LLC with its principal (and only) place of business in Atlanta, Georgia. Southbox Capital is a holding company for investments mostly in the technology industry but also in some media opportunities. The name was changed from Gosier Holdings to Southbox Capital on February 3, 2022. Attached hereto as Exhibit A is a true and correct copy

of a Certificate of Amendment of Gosier Holdings, LLC filed with the Delaware Secretary of State reflecting that name change. Southbox Capital has continued to use the name "Gosier Holdings" from time to time, though it is not an official fictitious business name.

3. I am a member in Southbox Capital, along with several other individuals who invested in the LLC. One of those members is Gayle Jennings O'Byrne. I have known Ms. O'Byrne since approximately 2018. Ms. O'Byrne lives in New York and has lived there in all the time I have known her. My understanding is that she has lived there for over 20 years. I have met with her many times in New York.

4. When she became a member of Gosier Holdings, now known as Southbox Capital, Ms. O'Byrne provided me with her home address in New York to give to Southbox Capital's accountant, Thomas Scott, CPA at Aprio, so that he could prepare and send to her home address her Form 1065 Schedule K-1 tax document for Southbox Capital for the tax year 2024. Attached hereto as Exhibit B is a true and correct copy of the cover letter dated September 12, 2025 from Mr. Scott to Ms. O'Byrne and the first page of the attachment, the Form K-1 for Ms. O'Byrne, with the financial information and social security number/Tax ID redacted. This document shows Ms. O'Byrne's home address in New York. I also received a copy of the letter and K-1 for Ms. O'Byrne. Mr. Scott sent a similar letter in September 2024 with Ms. O'Byrne's Form K-1 for the previous tax year to both me and Ms. O'Byrne. That letter, from 2024, was sent to Ms. O'Byrne at the same address in New York as reflected in Exhibit B. To my knowledge, all tax documents for Southbox Capital sent to Ms. O'Byrne were sent to that address in New York.

5. I founded Defendant FilmHedge LLC in October 2020. It was formed as a Delaware limited liability company with its principal (and only) place of business in Atlanta, Georgia. FilmHedge provides underwriting and lending services to film and TV producers. Since its founding, I have been the manager of FilmHedge.

6. I was initially the sole member of FilmHedge, but I transferred my 100%

interest in the LLC to MediaHedge, Inc. on or about March 31, 2021. Attached hereto as Exhibit C is a true and correct copy of the Irrevocable Membership Interest Transfer Power that I signed on March 31, 2021.

7. I am the CEO of MediaHedge, Inc., which is a Delaware corporation with its principal (and only) place of business in Atlanta, Georgia. Attached hereto as Exhibit D is a true and correct copy of the Certificate of Incorporation of MediaHedge, Inc. filed with the Secretary of State of Delaware on March 19, 2021. I am one of a number of shareholders in the corporation.

8. Southbox Entertainment also is a Delaware LLC based in Atlanta, Georgia. Southbox Entertainment has no operations at present but holds certain IP rights. I am the sole member of the LLC.

9. Southbox Capital, using the name Gosier Holdings, signed a Master Services Agreement with Plaintiff effective November 1, 2022. Neither FilmHedge nor Southbox Entertainment are parties to or referenced in the agreement.

10. From the outset of the relationship, there were serious problems with the services provided by Plaintiff under the agreement. We repeatedly informed Plaintiff of the deficiencies in its services. Attached hereto as Exhibit E is a true and correct copy of an email exchange between me and Paul Breton at Plaintiff detailing Southbox's concerns, which Mr. Breton acknowledges, even promising to assemble a new team to provide services. Plaintiff, however, did not improve its performance or comply with its services obligations under the contract.

11. As a result, Southbox Capital terminated the agreement on May 1, 2023. Attached hereto as Exhibit F is a true and correct copy of my email terminating the agreement on May 1, 2023.

/ / /

/ / /

/ / /

/ / /

12. I received a copy of the Complaint sometime in April 2025. On April 23, 2025, I emailed my attorney at Holland & Knight, LLP, in Atlanta, about the Complaint. At the time, Holland & Knight, LLP was representing MediaHedge in a substantial lawsuit in Atlanta. I assumed, mistakenly, that Holland & Knight, LLP would handle the defense of this lawsuit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 13, 2026, at Atlanta, Georgia.

Jonathan Gosier