## INDEX OF EXHIBITS

| Exhibit No. | Description | Page(s) |
|---|---|---|
| A | True and correct copy of State of Delaware Certificate of Amendment | 6-7 |
| B | True and correct copy of 09-12-2025 letter from Thomas Scott of Aprio to Gayle Jennings O'Byrne | 8-10 |
| C | True and correct copy of Irrevocable Membership Interest Transfer Power dated 03-31-2021 | 11-12 |
| D | True and correct copy of Certificate of Incorporation of MediaHedge, Inc. filed 03-19-2021 | 13-16 |
| E | True and correct copy of email exchange between Jonathan Gosier and Paul Breton | 17-22 |
| F | True and correct copy of 05-01-2023 email terminating Allison+Partners Agreement | 23-24 |