# EXHIBIT A

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:58 PM 02/03/2022
FILED 02:58 PM 02/03/2022
SR 20220361843 - File Number 6334225

# STATE OF DELAWARE

## CERTIFICATE OF AMENDMENT

## OF

## GOSIER HOLDINGS, LLC

FIRST: The name of the Limited Liability Company is: **GOSIER HOLDINGS, LLC**

SECOND: The Certificate of Formation of the Limited Liability Company is hereby amended as follows:

RESOLVED, that the Certificate of Formation of the Limited Liability Company be amended by changing the article thereof numbered "FIRST" so that, as amended said Article shall be and read as follows:

FIRST: The name of the Limited Liability Company is:

Southbox Capital, LLC

IN WITNESS WHEREOF, said **GOSIER HOLDINGS, LLC** has caused this certificate to be signed by its Authorized Person this 3rd day of February, 2022.

BY: RG - Signature

Name: Jonathan Gosier - Print Name
Authorized Person