# EXHIBIT B

SEPTEMBER 12, 2025

GAYLE JENNINGS O'BYRNE
170 EAST 88TH ST APT. 6H
NEW YORK, NY 10128

RE: SOUTHBOX CAPITAL, LLC

DEAR MEMBER:

ATTACHED IS YOUR COPY OF THE 2024 PARTNERSHIP FORM 1065 SCHEDULE K-1 PACKAGE. THIS SUMMARIZES YOUR INFORMATION FROM THE PARTNERSHIP. THIS INFORMATION HAS BEEN PROVIDED TO THE INTERNAL REVENUE SERVICE WITH THE U.S. PARTNERSHIP RETURN OF INCOME, FORM 1065.

THE INFORMATION PROVIDED ON THIS SCHEDULE SHOULD BE ENTERED ON YOUR TAX RETURN IN ACCORDANCE WITH THE SCHEDULE K-1 INSTRUCTIONS. IF YOUR RETURN WILL BE PREPARED BY YOUR ACCOUNTANT OR ATTORNEY, YOU SHOULD PROVIDE A COPY OF THIS SCHEDULE TO THE PREPARER WITH YOUR OTHER TAX INFORMATION.

WE THANK YOU FOR THE OPPORTUNITY TO SERVE YOU.

SINCERELY,

THOMAS SCOTT

6

651123

**Schedule K-1 (Form 1065)** **2024**
Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

beginning ______ ending ______

## Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

Final K-1 Amended K-1 OMB No. 1545-0123

## Part I Information About the Partnership

**A** Partnership's employer identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code

SOUTHBOX CAPITAL, LLC
5724 KAYRON DRIVE
ATLANTA, GA 30328

**C** IRS center where partnership filed return:
E-FILE

**D** Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

GAYLE JENNINGS O'BYRNE
170 EAST 88TH ST APT. 6H
NEW YORK, NY 10128

**G** General partner or LLC member-manager [X] Limited partner or other LLC member

**H1** [X] Domestic partner Foreign partner

**H2** If the partner is a disregarded entity (DE), enter the partner's:
TIN ______ Name ______

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | [redacted] | [redacted] |
| Loss | | |
| Capital | | |

Check if decrease is due to:
Sale or Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

**K2** Check this box if Item K-1 includes liability amounts from lower-tier partnerships

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** | $ [redacted]. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ [redacted]. |
| Other increase (decrease) (attach explanation) | $ [redacted]. |
| Withdrawals and distributions | $( ) |
| **Ending capital account** | $ [redacted]. |

**M** Did the partner contribute property with a built-in gain (loss)?
Yes [X] No If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning $
Ending $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** | Ordinary business income (loss) | [redacted]. |
| **2** | Net rental real estate income (loss) | |
| **3** | Other net rental income (loss) | |
| **4a** | Guaranteed payments for services | |
| **4b** | Guaranteed payments for capital | |
| **4c** | Total guaranteed payments | |
| **5** | Interest income | [redacted]. |
| **6a** | Ordinary dividends | |
| **6b** | Qualified dividends | |
| **6c** | Dividend equivalents | |
| **7** | Royalties | |
| **8** | Net short-term capital gain (loss) | |
| **9a** | Net long-term capital gain (loss) | [redacted]. |
| **9b** | Collectibles (28%) gain (loss) | |
| **9c** | Unrecaptured section 1250 gain | |
| **10** | Net section 1231 gain (loss) | |
| **11** | Other income (loss) | |
| **12** | Section 179 deduction | |
| **13** | Other deductions | |
| AE | * | [redacted] |
| **14** | Self-employment earnings (loss) | |
| A | | [redacted] |
| **15** | Credits | |
| **16** | Schedule K-3 is attached if checked | [X] |
| **17** | Alternative min tax (AMT) items | |
| **18** | Tax-exempt income and nondeductible expenses | |
| **19** | Distributions | |
| **20** | Other information | |
| A | | [redacted]. |
| AJ | * | [redacted] |
| **21** | Foreign taxes paid or accrued | |

**22** More than one activity for at-risk purposes*
**23** More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only