# EXHIBIT C

DocuSign Envelope ID: D7887838-F49F-4262-BC5C-2AA7701E37D9

**<u>Irrevocable Membership Interest Transfer Power</u>**

FOR VALUE RECEIVED, the undersigned, Jonathan Gosier ("***Transferor***"), does hereby irrevocably assign and transfer unto MediaHedge Inc., a Delaware corporation ("***Transferee***"), all of Transferor's right, title and interest in and to a 100% membership interest of FilmHedge LLC, a Delaware limited liability company (the "***Company***") standing or listed in the name of the undersigned Transferor on the books of the Company.

The undersigned Transferor does hereby constitute and appoint the officers of the Company as agent and attorney to transfer the Units on the books of the Company with full power of substitution.

Dated: March 31, 2021

**Transferor:**

DocuSigned by:
Jonathan Gosier
949BFF0B93BD4B1...
Jonathan Gosier