# EXHIBIT D

HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HIGHWAY
LEWES, DELAWARE 19958-9776
Phone: (302) 645-7400 (800)-345-2677
Fax: (302) 645-1280
www.delawareinc.com

Mr. Jonathan D Gosier
3017 Bolling Way North East Buckhead
Office #142
Atlanta GA 30305

Dear Jonathan Gosier,

We would like to convey our congratulations to you and MediaHedge Inc. We hope you enjoy terrific success with your new company. Thank you for giving us the opportunity to serve you as your incorporator and Delaware Registered Agent. You are now our valued client and we want to increase your success in any way we can.

Name: **MediaHedge Inc.**
Date of formation: March 19, 2021
Delaware State File Number: **5579096**
HBS Record ID Number: 456747

Enclosed is the Recorded Copy of your Certificate of Incorporation. Please review the information on the certificates and insert them in your corporate kit.

Please remember these three things in the future:

**1. We must be made aware of any address changes. You may provide this information to us via email (mail@delawareinc.com) or phone (800-345-2677 ext. 6903). This will ensure that we remind you of the following two things:**

2. Delaware franchise tax and report are due March 1st each year. If the tax and report are not filed at the State of Delaware by March 1st, a $200 late penalty plus 1.5% interest monthly will be imposed by the State of Delaware and your company will become delinquent. Failure to file the tax two years in a row will cause the company to become void.

3. Your annual registered fee of $50 is due on the anniversary month of your corporation. If the registered agent fee is not received by the due date, a $25 late penalty will be imposed. Failure to pay the registered agent fee within 3 months of the due date may lead to the loss of your registered agent, which could cause your company to become forfeit with Delaware.

We would like to thank you once again and wish you the best of luck. You can help us by telling a friend or business associate about our services. We work hard to keep things simple for you and your associates when it's time to incorporate.

Sincerely,

Filing Department
Harvard Business Services, Inc.

# CERTIFICATE OF INCORPORATION
# OF
# MediaHedge Inc.

**FIRST:** The name of the corporation is: MediaHedge Inc. (the "Corporation").

**SECOND:** The Corporation's registered office in the State of Delaware is located at 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex. The registered agent in charge thereof is Harvard Business Services, Inc.

**THIRD:** The purpose of the Corporation is to engage in any lawful activity for which corporations may be organized under the Delaware General Corporation Law (the "DGCL").

**FOURTH:** The Corporation is authorized to issue a total number of shares of 10,000,000 shares having a par value of $0.0010000 per share. All shares shall be common shares and of one class.

**FIFTH:** The business and affairs of the Corporation shall be managed by or under the direction of the board of directors (the "Board"), and the directors comprising the Board (the "Directors") need not be elected by written ballot. The number of Directors on the Board shall be set by a resolution of the Board.

**SIXTH:** The Corporation shall exist perpetually unless otherwise decided by a majority of the Board.

**SEVENTH:** In furtherance and not in limitation of the powers conferred by the laws of the State of Delaware, the Board is authorized to amend or repeal the bylaws.

**EIGHTH:** The Corporation reserves the right to amend or repeal any provision in this Certificate of Incorporation in the manner prescribed by the laws of the State of Delaware.

**NINTH:** The incorporator is Harvard Business Services, Inc., the mailing address of which is 16192 Coastal Highway, Lewes, Delaware 19958.

**TENTH:** To the fullest extent permitted by the DGCL, a Director of the Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a Director. No amendment to, modification of, or repeal of this item Tenth shall apply to or have any effect on the liability of a Director for or with respect to any acts or omissions of such Director occurring prior to such amendment. If the DGCL is amended to authorize corporate action further eliminating or limiting the personal liability of Directors, then this Certificate should be read to eliminate or limit the liability of a Director of the Corporation to the fullest extent permitted by the DGCL, as so amended.

I, the undersigned, for the purpose of forming a corporation under the laws of the State of Delaware do make and file this certificate, and do certify that the facts herein stated are true; and have accordingly signed below, this March 19, 2021.

Signed and Attested to by: *Michael J. Bell*

Harvard Business Services, Inc., Incorporator
By: Michael J. Bell, President

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:05 PM 03/19/2021
FILED 12:05 PM 03/19/2021
SR 20210970864 - File Number 5579096

# STATEMENT OF INCORPORATOR

************************

IN LIEU OF ORGANIZATIONAL MEETING
FOR
MediaHedge Inc.
March 19, 2021

We, Harvard Business Services, Inc., the incorporator of MediaHedge Inc. -- a Delaware Corporation -- hereby adopt the following resolution:

**Resolved:** That the Certificate of Incorporation of MediaHedge Inc. was filed with the Secretary of State of Delaware on March 19, 2021.

**Resolved:** That on March 19, 2021 the following persons were appointed as the initial directors of the Corporation until their successors are elected and qualify:

Jonathan D Gosier
546011335

**Resolved:** That the bylaws included with this resolution are the initial bylaws approved by the incorporator.

**Resolved:** That the Secretary of the Company is hereby authorized and directed to execute a certificate of adoption of the bylaws or repeal the initial bylaws and create a custom set of bylaws to be adopted and approved by the directors.

**Resolved:** The powers of this incorporator are hereby terminated, and said incorporator shall no longer be considered a part of the body corporate of the above named corporation.

This resolution shall be filed in the minute book of the company.

Michael J. Bell

Harvard Business Services, Inc., Incorporator
By: Michael J. Bell, President

*** This document is not part of the public record. Keep it in a safe place. ***