# EXHIBIT E

Gmail **Jon Gosier <jon@gosier.org>**

# Allison + Partners: Invoice# 500100580 - February 2023

7 messages

**Diana Petrus** <Diana.Petrus@allisonpr.com> Thu, Mar 2, 2023 at 11:31 AM
To: "jon@gosier.org" <jon@gosier.org>
Cc: Paul Breton <Paul@allisonpr.com>, John Regan <John.Regan@allisonpr.com>

Hello,

Please find the attached invoice(s) from Allison + Partners.

Thank you for your business! Should you have any questions, please do not hesitate to contact me.

Best regards,

**Diana Petrus**

Billing Analyst

diana.petrus@allisonpr.com

**M** 347.277.0304

www.allisonpr.com

ALLISON+ PARTNERS
WE'RE ALL IN THIS TOGETHER

**Gosier - invoice 500100580 - February 2023.pdf**
40K

**Jon Gosier** <jon@gosier.org> Tue, Mar 14, 2023 at 10:37 AM
To: Diana Petrus <Diana.Petrus@allisonpr.com>, Jonathan Hecht <jh@southboxcapital.com>
Cc: John Regan <John.Regan@allisonpr.com>, Paul Breton <Paul@allisonpr.com>

I haven't paid this yet (or consistently) because for the rate and amount of time that's passed, very little I had been accomplished on the A+P front.

Lynn is nice but mostly just makes suggestions based on what me and my team are already doing. Her suggestions really fall flat with everyone, because no one has asked her to organize anything or come up with ideas. She randomly emails my staff and business partners who have nothing to say to her because I've already delayed all our plans. They don't see the point or why she needs to speak with them.

We're all just looking for her and A+P to set up intros to press, pitch stories, or find outlets with editors friendly to ANY of the things we have going on.

Given the various companies/projects I'm involved in and (other than SCAD) I have yet to see her successfully engage with any press outlets for anything. We're talking about a portfolio of active 20 - 30 companies, multiple funds, a film, and a book and somehow there's been virtually no press about any of it.

I'm willing to give the book release one last go but given all the time we've had to get to know each other I'm disappointed in the outcome.

Additionally, my incoming staff agree that for the size of firm, either we should expect more or we should cut this cost and just do the work ourselves.

[Quoted text hidden]

--

**Jon Gosier**
Phone (520) 301-7906
My Wikipedia | IMDB (Film/TV Exec Produced) | My LinkedIn | My Memoir "Code Switch" Out Now!

WhatsApp: +15203017906
WeChat: gosier

**Variety: FilmHedge closes on $100M debt facility** - https://variety.com/2022/film/news/filmhedge-100-million-debt-financing-content-1235275014/

**Atlanta Biz Journal: "Atlanta Startup Expands"** - https://www.bizjournals.com/atlanta/inno/stories/fundings/2022/10/28/financing-startup-credit-line-closing-equity-round.html

---

**Jon** <jon@gosier.org> Tue, Mar 14, 2023 at 10:49 AM
To: Diana Petrus <diana.petrus@allisonpr.com>, Jonathan Hecht <jh@southboxcapital.com>
Cc: John Regan <john.regan@allisonpr.com>, Paul Breton <paul@allisonpr.com>

Typo: 'relayed all our plans'

[Quoted text hidden]

---

**Paul Breton** <Paul@allisonpr.com> Tue, Mar 14, 2023 at 2:31 PM
To: Jon <jon@gosier.org>, Jonathan Hecht <jh@southboxcapital.com>

Hi Jon,

Moving the folks from our Accounting team to bcc.

Thanks for sharing this feedback today. I'm sorry to hear that this is your experience with Lynn as the account lead. Would it be helpful for us to get on a call this week to discuss what adjustments we can make to provide a better experience for you and your team?

I completely hear you re: results from the program so far. The team is pitching the book launch aggressively from several different angles to a wide variety of outlets. We'll continue to adjust based on feedback we receive from the reporters we're engaging.

I'll be sure to share your feedback with the team and we'll continue to pursue as many different avenues as possible to get your story told. Your account is a priority and the team is working on it diligently to get results. We share your frustration that it's not happening faster right now.

If it would be helpful for us to discuss anything one-on-one this week, let's set up time to do that.

Thanks,

Paul

Paul Breton

Allison+Partners

M: 323.807.6789

E: paul@allisonpr.com

[Quoted text hidden]

---

**Jon Gosier** <jon@gosier.org> Sun, Mar 26, 2023 at 7:02 PM
To: Paul Breton <Paul@allisonpr.com>, Erik Gordon <egordon999@gmail.com>
Cc: Jonathan Hecht <jh@southboxcapital.com>

Happy to discuss one on one, or with Jon Hecht and the rest of the team.

The issues to date with the A+PR team assigned to us are:

- They don't seem to be able to do more than one thing at once (just because there's a book doesn't mean all the other stories on finance, venture, film, editorials, commentary, or other outbound pitches etc. can't happen in parallel).
- They also don't seem to understand that they have a buffet of options for pitching and positioning this book to a wide array of audiences and editors. I never asked them to pitch all at once, they can frankly just choose which ones they think they can get the most traction with (but so far I don't feel they have).
- They don't seem to overplan (which they get lost in) while lapsing on execution. This may only be my perception, but it's hard to understand how *nothing* going on across our portfolio is interesting to any press, anywhere.
- There was at least two months of book launch prep that went very much according to schedule. No press around Sundance. No press around the release (a date Lynn hammered into the publisher's heads to meet, which they did.
- They seem to want to overly rely on my people and staff to do more work to help them. It's no problem getting our video guy to ask specific questions, but to try to task shooting a whole mini-doc on our editors plate was both affecting costs with the Publisher and on our end. Also, it affected the goodwill the Misfit team had extended doing more than asked already. Better to just propose it as an idea to me and I would have either told her it was within their scope or not. Generally the aimless asks of random staff have yielded little because there seems to be little focus or direction on those calls.
- They often seem confused about basic facts (like confusing the movie poster and book cover). This lack of attention to detail internally makes me question how the message is going out to others.
- Thile they say they have past Entertainment experience and relationships at press, so far those haven't yielded even the slightest bit of nibbles from ANY press, much less any major ones.
- They asked for Op-Eds and Exclusives, they now have (and have had) several only to do very little with them.
- The articles they've tried to write on anything I do have been really lacking in depth. I understand a press release can be very quick and shallow but that doesn't mean leaving out all the things that make the work interesting.
- One final thing, it's hard to know what the schedule is because they seem to have trouble putting basic Calendar dates on schedule. For instance, last week there was a meeting that (in the title) says it should be skipped. But I think it happened anyway. If it was rescheduled, they just needed to edit that calendar invite in order to not confuse people. Problems with the calendars has been a frequent issue.

I did give it almost two weeks before responding to see what would be different, if anything. I also understand they said a lot of work was 'underway' but So far any change is minimal.

[Quoted text hidden]

---

**Jonathan Hecht** <jh@southboxcapital.com> Sun, Mar 26, 2023 at 7:29 PM
To: Jon Gosier <jon@gosier.org>
Cc: Erik Gordon <egordon999@gmail.com>, Paul Breton <Paul@allisonpr.com>

Hi all,

I would like to join the call.

I am new to this file, but to add to Jon's highly specific and informed concerns:

1) Based on work output, I would be very surprised if the team were working more than a few hours a week on our case. (If so, then the results do not make it evident.) This would put their hourly rate at ~$1000. Their value is not commensurate with this rate.

2) Based on performance, it appears that the resources of a large agency are being outweighed by the distraction of other clients.

3) To be direct, my concern is that the primary goal of our agents is to retain our business rather than to work hard and they are treating us as an easy source of income.

4) Given our current spend, is there any reason we would not get more and higher quality output for lower cost by hiring someone full time in house?

4a) Looking at Indeed, Funko — a major international brand — is hiring a senior director of PR for $150K — with your rate we are approaching that figure. Combined with Quickstudy, we are well past that cost basis.

As an aside, even when I joined the firm there was supposed to be a press release issued and that ball was completely dropped by the A+PR team after an initial draft was prepared by your team and revised by our side.
[Quoted text hidden]

---

**Paul Breton** <Paul@allisonpr.com> Tue, Mar 28, 2023 at 8:48 PM
To: Jon Gosier <jon@gosier.org>, Jonathan Hecht <jh@southboxcapital.com>

Hi Jon and Jonathan,

Thank you for providing such detailed feedback on the team. I share your frustration that we're not getting as much traction as we'd like right now and can assure you the team is pushing hard on all fronts. In fact, I've pulled time and budget reports going back to when we first started working together in November and we have invested time every month of our partnership.

I hear your concerns about the team and have begun the process of assembling a new one with different skill sets. Before we make the changes, I do think it would be helpful for us to get on a call to talk through upcoming priorities and how we can use resources most efficiently. I realize there are a lot of angles we can be pursuing, but we also need to be mindful of the budget we are staffed against. I want to make sure we have the right people focused on the right things to set us all up for success.

We currently have our weekly check in call on the calendar for tomorrow (Wednesday) at 1pm ET / 10am PT. If it works for you both, we can use that time for a check in with just the three of us and I can inform the rest of our current team, as well as Anthony, not to join. If you'd rather find another time, please propose some options this week that work for you both.

[Quoted text hidden]