# EXHIBIT F

Gmail

**Jon Gosier <jon@gosier.org>**

## Gosier - delinquent invoices owed to Allison+Partners

**Jon Gosier** <jon@gosier.org> Mon, May 1, 2023 at 8:38 AM
To: Brian Feldman <Brian@allisonpr.com>
Cc: Tom Smith <Tom.Smith@allisonpr.com>, Paul Breton <Paul@allisonpr.com>, Contracts <Contracts@allisonpr.com>, John Regan <John.Regan@allisonpr.com>, "jh@southboxcapital.com" <jh@southboxcapital.com>, "nye@filmhedge.com" <nye@filmhedge.com>, "rj@southboxcapital.com" <rj@southboxcapital.com>

Brian,

The way this was framed is we need to clear this bill to move forward. We aren't moving forward. We raised our concerns with the work and those concerns were acknowledged but never addressed with any remedy. In fact, after raising issue the invoice amount went up.

We understand you have your MSA, we view it as having been breached.

Proceed as makes sense for you.
[Quoted text hidden]
--
**Jon Gosier**
Phone (520) 301-7906
My Wikipedia | IMDB (Film/TV Exec Produced) | My LinkedIn | My Memoir "Code Switch" Out Now!

WhatsApp: +15203017906
WeChat: gosier

**Variety: FilmHedge closes on $100M debt facility** - https://variety.com/2022/film/news/filmhedge-100-million-debt-financing-content-1235275014/

**Atlanta Biz Journal: "Atlanta Startup Expands"** - https://www.bizjournals.com/atlanta/inno/stories/fundings/2022/10/28/financing-startup-credit-line-closing-equity-round.html