DAVID P. STRAUSS (SBN 96874)
ds@dstrausslaw.com
**THE LAW OFFICE OF DAVID P. STRAUSS**
501 West Broadway, Ste. 800
San Diego, CA 92101
Telephone: 619-237-5300
Facsimile: 619-237-5311

Attorneys for Plaintiff
ALLISON PARTNERS, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Allison Partners, LLC

Plaintiff,

v.

Gosier Holdings, LLC, FilmHedge, LLC, Southbox Capital, LLC, and Southbox Entertainment, LLC

Defendants.

Case No.: 3:25-cv-00680-WQH-JLB

**PLAINTIFF ALLISON PARTNERS, LLC'S NOTICE OF NONSUIT WITHOUT PREJUDICE**

**DEMAND FOR JURY TRIAL**

**NOTICE OF NONSUIT WITHOUT PREJUDICE**

Gosier Holdings, LLC was previously dismissed without prejudice on February 17, 2026 (ECF No. 12).

Plaintiff Allison Partners LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files its Notice of Nonsuit without prejudice as to FilmHedge, LLC, Southbox Capital, LLC and Southbox Entertainment, LLC and requests that this Nonsuit be entered in the minutes of this Court as to the remaining defendants, FilmHedge, LLC, Southbox Capital, LLC and Southbox Entertainment, LLC.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that this notice of nonsuit without prejudice be entered in the minutes of the Court for FilmHedge, LLC, Southbox Capital, LLC and Southbox Entertainment, LLC.

Respectfully Submitted,

Dated: August 24, 2026

**THE LAW OFFICE OF DAVID P. STRAUSS**

By: ______________________

DAVID P. STRAUSS
Attorneys for Plaintiff,
ALLISON PARTNERS, LLC