# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Allison Partners, LLC

**Plaintiff,**

**V.**

Gosier Holdings, LLC; FilmHedge, LLC; Southbox Capital, LLC; Southbox Entertainment, LLC

**Defendant.**

**Civil Action No.** 25-cv-0680-WQH-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is dismissed without prejudice. The pending Renewed Motion for Default Judgment (ECF No. 21) and Motion to Set Aside Entry of Default (ECF No. 23) are denied as moot, without prejudice to refiling. This case is hereby closed.

**Date:** 9/9/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy